IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH B. POLLARD, III,

    Plaintiff,                    No. 2:09-cv-3435 JAM KJN P

    vs.

SHASTA SUPERIOR COURT, et al.,

    Defendants.           ORDER &amp;
                                      FINDINGS AND RECOMMENDATIONS
_____/

        Plaintiff, a county jail inmate proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983.  On February 16, 2010, the undersigned issued findings and recommendations that this action should be dismissed and plaintiff's requests for injunctive relief and his motion for removal be denied.  Plaintiff was granted twenty-one days to file objections.

        On March 18, 2010, plaintiff filed a motion to voluntarily dismiss his action.

        Accordingly, IT IS HEREBY ORDERED that the February 16, 2010 findings and recommendations (Dkt. No. 14) are vacated.

        IT IS HEREBY RECOMMENDED that the motion to dismiss (Dkt. No. 15) be granted and this action be dismissed.  See Fed. R. Civ. P. 41(a).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

1

1 one days after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
4 objections shall be filed and served within fourteen days after service of the objections.  The
5 parties are advised that failure to file objections within the specified time may waive the right to
6 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

poll3435.dis