IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH B. POLLARD, III,

    Plaintiff,                              No. 2:-09-cv-3435 JAM KJN P

    vs.

SHASTA SUPERIOR COURT, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 8, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff's copy of the findings and recommendations was returned, and the findings and recommendations were re-served on plaintiff's new address on April 26, 2010.  Twenty-one days from that date have now passed, and plaintiff has not filed objections to the findings and recommendations.

////

////

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed April 8, 2010, are adopted in full;
5 |     2. Plaintiff's voluntary motion to dismiss is granted; and
6 |     3. This action is dismissed.
7 | DATED: June 17, 2010

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE